1
2
3
4               IN THE UNITED STATES DISTRICT COURT
5               FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   JIMMY LEE DAVIS,                          Case No. 17-cv-02973-MMC
8               Plaintiff,                    **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AFFORDING PLAINTIFF LEAVE TO AMEND**
9          v.
10  PAGE PUBLISHING COMPANY, et al.,
11              Defendants.                   Re: Dkt. No. 10

12
13          Before the Court is Magistrate Judge Laurel Beeler's Report and

14  Recommendation, filed July 19, 2017, by which said Magistrate Judge recommends the

15  Court dismiss plaintiff's complaint and afford plaintiff an additional two weeks to file an

16  amended complaint.  No objection to the Report and Recommendation has been filed.

17          Having reviewed the matter de novo, the Court hereby ADOPTS the Report and

18  Recommendation in its entirety.

19          Accordingly, plaintiff's complaint is hereby DISMISSED for failure to state a claim.

20  Should plaintiff wish to file an amended pleading for purposes of curing the deficiencies

21  identified in the Magistrate Judge's Report and Recommendation, plaintiff shall file, no

22  later than August 22, 2017, a First Amended Complaint.

23
24          **IT IS SO ORDERED.**

25
26  Dated: August 8, 2017

27                                            MAXINE M. CHESNEY
                                              United States District Judge
28

*United States District Court*
*Northern District of California*